

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART    Plaintiff,

vs.

TONY HEDGPETH    Defendant.

CASE NO. 08 2186 JSW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, ERIC LOCKHART, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___N/A___    Net: ___N/A___

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

2006 Supp. App. 15-A, p. 33

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____ N/A _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,           Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                       Yes ___ No ✓
14    d.   Pensions, annuities, or              Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____
23  3.   Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

N/A

5. Do you own or are you buying a home?  Yes ___ No ✓

Estimated Market Value: $ ___Ø___  Amount of Mortgage: $ ___Ø___

6. Do you own an automobile?  Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

Present balance(s): $ _____

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ ___N/A___  Utilities: ___N/A___

Food: $ ___N/A___  Clothing: ___N/A___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ____  No ✓
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____N/A_____
10 | _____
11 |    I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |    I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15
16 | 4/10/08                              [signature]
17 |    DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of *Eric Lockhart V172946* for the last six months at

*Kern Valley State Prison* where (s)he is confined.
[prisoner name]
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ *10.80* and the average balance in the prisoner's account each month for the most recent 6-month period was $ *3.30*.

Dated: *4/14/08*          *T. Scruggs, Acct Tech*
                    [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                              REPORT DATE: 04/14/08
                                                     PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 14, 2008

ACCOUNT NUMBER : V17246               BED/CELL NUMBER: FBB300000000104U
ACCOUNT NAME   : LOCKHART, ERIC       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

     TRAN
DATE CODE DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
---- ---- -----------   -------   ---------  --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                          14.69

10/04*VD54 INMATE PAYROL 0540SEPT94          10.73                      25.42
10/11 FC02 DRAW-FAC 2    0577/FB2D                          20.00        5.42
11/01 W509 LIBRARY DUE T 0698/LIBR                           0.40        5.02
11/01 W512 LEGAL POSTAGE 0698/LPOST                          1.65        3.37
11/06*VD54 INMATE PAYROL 0716OCT219           4.83                       8.20
12/06*VD54 INMATE PAYROL 0859/NOV93          13.40                      21.60
12/10 FC02 DRAW-FAC 2    0880/FB2D                          21.60        0.00
   ACTIVITY FOR 2008
01/07*VD54 INMATE PAYROL 1019DEC193          11.45                      11.45
01/15 W536 COPAY CHARGE  1089/DDS                            5.00        6.45
01/30 W509 LIBRARY DUE T 1181/LIBRA                          0.25        6.20
03/06*VD54 INMATE PAYROL 1399/FEB76           6.53                      12.73
03/06*VD54 INMATE PAYROL 1399/FEB78           3.16                      15.89
03/06*VD54 INMATE PAYROL 1403JAN252           6.53                      22.42
03/11 FC02 DRAW-FAC 2    1429/FB2D                          20.00        2.42
03/27 W536 COPAY CHARGE  1550/DDS                            2.42        0.00
04/04*VD54 INMATE PAYROL 1577MAR177           8.15                       8.15
04/09 FC02 DRAW-FAC 2    1609/FB2D                           8.15        0.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/12/03              CASE NUMBER: *139400
COUNTY CODE: *ALA                     FINE AMOUNT: $   4,978.00

   DATE      TRANS.   DESCRIPTION                  TRANS. AMT.    BALANCE
   ----      ------   -----------                  -----------    -------

10/01/2007   BEGINNING BALANCE                                    4,688.52

10/04/07     VR54     RESTITUTION DEDUCTION-SUPPORT    11.92-     4,676.60
11/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT     5.36-     4,671.24
```



THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
       TRUST OFFICE

```
REPORT ID: TS3030 .701                                    REPORT DATE: 04/14/08
                                                          PAGE NO:        2
                        KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU APR. 14, 2008

ACCT: V17246      ACCT NAME: LOCKHART, ERIC          ACCT TYPE: I


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/12/03                    CASE NUMBER: *139400
COUNTY CODE: *ALA                           FINE AMOUNT: $   4,978.00

   DATE    TRANS.   DESCRIPTION                TRANS. AMT.    BALANCE
   ----    ------   -----------                -----------    --------
 12/06/07  VR54     RESTITUTION DEDUCTION-SUPPORT    14.88-   4,656.36
 01/07/08  VR54     RESTITUTION DEDUCTION-SUPPORT    12.72-   4,643.64
 03/06/08  VR54     RESTITUTION DEDUCTION-SUPPORT     7.24-   4,636.40
 03/06/08  VR54     RESTITUTION DEDUCTION-SUPPORT     3.51-   4,632.89
 03/06/08  VR54     RESTITUTION DEDUCTION-SUPPORT     7.24-   4,625.65
 04/04/08  VR54     RESTITUTION DEDUCTION-SUPPORT     9.04-   4,616.61


   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL        TOTAL       CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED
 ---------    ---------    -----------   -------      -------     ------------
    14.69        64.78         79.47        0.00         0.00           0.00


                                             CURRENT
                                            AVAILABLE
                                             BALANCE
                                            ---------
                                                0.00
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

BY _____
TRUST OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff's name:
ERIC LOCKHART

**E-filing**

vs.

Case Number:

**JSW**

Defendant's name:
TONY HEDGPETH- (WARDEN)

**CV 08 2186**

PROOF OF SERVICE

**(PR)**

I, the undersigned, hereby certify that I am over the age of eighteen years and ___ a party to the above-entitled action.

On APRIL ~~8~~ /16, 2008, I served a copy of Petition for A Writ of HABEAS CORPUS, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail:

(LIST ALL DEFENDANTS SERVED IN THIS ACTION)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signed)

Attachment 7