

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NOT ON DATABASE

RETURN
SAN FRANCISCO CA 941

08 MAY 2008

Eric Lockhart  V-11210
Kern Valley State Prison
P.O. Box
Delano, CA 93216

UNITED STATES POSTAL SERVICE
$ 00.41
02 1A
0004329882   MAY 08 2008
MAILED FROM ZIP CODE 94102