1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART,                          )    No. C 08-2186 JSW (PR)
                                        )
              Petitioner,               )
                                        )    **JUDGMENT**
      vs.                               )
                                        )
TONY HEDGPETH,                          )
                                        )
              Respondent.               )
                                        )
_____ )

    An order of judgment is hereby entered DISMISSING this action without prejudice.

    IT IS SO ORDERED.

DATED:  May 30, 2008

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART,

             Plaintiff,

   v.

TONY HEDGPETH et al,

             Defendant.

_____/

Case Number: CV08-02186 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Lockhart V-17246
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk